13-30221 (adl 13-30166)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig § | MDL No. 2179; CA No. 10-7777 | |
| "Deepwater Horizon" in the Gulf § | | |
| of Mexico, on April 20, 2010 § | | |
| § | SECTION J | |
| Applies to: § | | |
| § | JUDGE BARBIER | |
| All Cases § | MAGISTRATE SHUSHAN | |

## NOTICE OF APPEAL

Class members and Objectors, James H. Kirby III, Mike Sturdivan and Patricia Sturdivan, and Susan Forsyth, hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's December 21, 2012 Order & Reasons (Granting Final Approval of the Economic and Property Damages Settlement Agreement) (Dkt. No. 8138) and the Order and Judgment (Dkt. No. 8139).

Class members and Objectors, Mike Sturdivant and Patricia Sturdivant, Susan Forsyth, and James H. Kirby IV, hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's January 11, 2013 Order & Reasons (Granting Final Approval of the Medical Damages Settlement) (Dkt. No. 8217) and Order and Judgment (Dkt. No. 8218).

Dated: January 17, 2013          LAW OFFICES OF DARRELL PALMER PC

                                 By: /s/ Joseph Darrell Palmer
                                     Joseph Darrell Palmer

                                 Joseph Darrell Palmer
                                 Law Offices of Darrell Palmer PC
                                 603 N. Highway 101, Suite A
                                 Solana Beach, CA 92075
                                 Phone: (858) 792-5600
                                 Fax: (866) 583-8115
                                 Email: darrell.palmer@palmerlegalteam.com

Case: 13-30221　　Document: 00512165485　　Page: 2　　Date Filed: 03/06/2013
Case 2:10-md-02179-CJB-SS   Document 8271   Filed 01/17/13   Page 2 of 3

2

        Attorney for Objectors
        James H. Kirby III, Mike Sturdivant and Patricia
        Sturdivant (aka Sturdivan), Susan Forsyth, and
        James H. Kirby IV

Case: 13-30221   Document: 00512165485   Page: 2   Date Filed: 03/06/2013
Case 2:10-md-02179-CJB-SS   Document 8271   Filed 01/17/13   Page 2 of 3

2

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing NOTICE OF APPEAL has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of January 2013.

      /s/ Joseph Darrell Palmer
      Joseph Darrell Palmer
      Attorney for Objectors